UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SALVADOR ZUNIGA, et al. | CIVIL ACTION NO. 15-479 |
| VERSUS | JUDGE JOHN W. deGRAVELLES |
| PACE CONSTRUCTION SERVICES, LLC and TOMMY PACE | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

**ORDER**

The parties have settled this case and have submitted a proposed FLSA Settlement Agreement to the Court for approval. In addition, the Court requested that the parties brief the issue of the reasonableness of the settlement, (Doc. 39), which the partied did, (Doc. 40). The Court has reviewed the proposed Settlement Agreement and briefing in connection therewith and finds that it represents a fair and reasonable settlement of the claims asserted by the plaintiffs against the defendants.

**IT IS THEREFORE ORDERED** that this action is hereby DISMISSED without prejudice to the right of any party, upon good cause shown, to reopen the action if the settlement is not consummated. If proceedings to enforce the Settlement Agreement are not instituted on or before December 30, 2016, this case shall be treated as dismissed WITH PREJUDICE, without further order of the Court.

Signed in Baton Rouge, Louisiana, on <u>October 26, 2016</u>.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

JURY

PD.20267602.1